# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                     Case No. 13-CR-172

**CALVIN COMPTON**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's request that his report date be stayed 60 days is **GRANTED**. Defendant shall report to the institution designated by the Bureau of Prisons on **March 18, 2014**. Defendant remains on bond until he reports for service of his sentence. The court will permit return of his passport after he surrenders.

Dated at Milwaukee, Wisconsin, this 3rd day of February, 2014.

                                                /s Lynn Adelman

                                                _____
                                                LYNN ADELMAN
                                                District Judge